UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SORRELL JOSEPH JACKSON | CIVIL ACTION |
| VERSUS | NO. 24-01109 |
| CORRECT CARE SOLUTIONS, ET AL. | SECTION "T"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff Sorrell Joseph Jackson's 42 U.S.C. § 1983 claims against defendants Correct Care Solutions, St. Tammany Parish Sheriff Randy Smith, Warden Daniel Fleischman, Dr. Jose Ham, Nurse Practitioner Kenneth, Nurse Practitioner Sharon, and Nurse Dee Dee, each in their individual and official capacities, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff Sorrell Joseph Jackson's state law claims of negligence and malpractice are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

New Orleans, Louisiana, this 5th day of August, 2024.

_____
**UNITED STATES DISTRICT JUDGE**